No. D–1308. IN RE DISBARMENT OF GOODHART. It is ordered that David Goodhart, of Miami, Fla., be suspended from the prac-

tice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.